UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. CR-13-024-FVS-2 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO MODIFY |
| vs. | |
| LARRY LESTER HARVEY, | ☒    Motion Granted |
| Defendant. | **(ECF No. 288, 289)** |

Before the Court is Defendant's Motion to Modify. The Defendant wishes to travel to Washington, D.C., from May 4-6, 2014. The United States takes no position on the Motion; Defendant's supervising Pretrial Services Officer does not object to the travel. Accordingly,

**IT IS ORDERED**:

1. For good cause shown, the Defendant's Motion to Expedite, **ECF No. 289,** is **GRANTED.**

2. The Defendant's Motion to Modify, **ECF No. 288,** is **GRANTED**.

3. Defendant may travel to Washington, D.C., on **May 4, 2014, returning to Spokane no later than May 6, 2014.** Defendant shall advise his supervising Pretrial Services of his contact information while he is in Washington, D.C.

4. Defendant shall abide by all conditions of release during his trip to Washington D.C.

DATED May 1, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1