UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY LESTER HARVEY,<br><br>Defendant. | No. CR-13-024-FVS-2<br><br>ORDER GRANTING<br>MOTION TO EXPEDITE AND<br>MOTION TO MODIFY ORDER<br><br>☒   Motions Granted<br>**(ECF No. 308, 309)** |

Before the Court is Defendant's Motion to Modify this Court's Order entered May 1, 2014.  Originally, the Defendant filed a Motion to travel to Washington, D.C., from May 4-6, 2014, which the Court granted.  However, because of the difficulty in making last-minute travel arrangements to return on May 6th, the Defendant had to make arrangements to return May 7th.  Accordingly,

**IT IS ORDERED**:

1.   For good cause shown, the Defendant's Motion to Expedite, **ECF No. 309,** is **GRANTED.**

2.   The Defendant's Motion to Modify, **ECF No. 308,** is **GRANTED**.

3.   Defendant may travel to Washington, D.C., on **May 4, 2014, returning to Spokane no later than May 7, 2014.**  Defendant shall advise his supervising Pretrial Services of his contact information while he is in Washington, D.C.

4.   Defendant shall abide by all conditions of release during his trip to Washington D.C.

DATED May 5, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1