UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. CR-13-024-FVS-2 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO MODIFY ORDER |
| vs. | |
| LARRY LESTER HARVEY, | ☒  Motions Granted |
| Defendant. | **(ECF No. 385, 386)** |

Before the Court is Defendant's Motion to Modify this Court's Order entered May 1, 2014. The U.S. Probation Office does not object; Assistant U.S. Attorney Earl A. Hicks objects to this travel.

**IT IS ORDERED**:

1.  For good cause shown, the Defendant's Motion to Expedite, **ECF No. 386,** is **GRANTED.**

2.  The Defendant's Motion to Modify, **ECF No. 385,** is **GRANTED**.

3.  Defendant may travel to Washington, D.C., on **June 3, 2014, returning to Spokane no later than June 5, 2014.** Defendant shall advise his supervising Pretrial Services of his contact information while he is in Washington, D.C.

ORDER - 1

|   |   |
|---|---|
| 1 | 4. Defendant shall abide by all conditions of release during his trip to |
| 2 | Washington D.C. |


1  4. Defendant shall abide by all conditions of release during his trip to
2  Washington D.C.
3   DATED June 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2